The People of the State of New York ex rel. William Caspar v. Frederick J. H. Kracke, as Commissioner, etc.— Motion granted, without costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Frank M. Seymour v. Ferral C. Dininny.— Motion granted, unless appellant complies with terms stated in order. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ. ·

In the Matter of The Eastern Boulevard.— Motion granted, without costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of Charles Thurber, Deceased.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of Charles Thurber, Deceased.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Mary A. Green v. Consolidated Gas Company.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Harriet W. Beauley v. Press Publishing Company.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Otto Niemann v. Mathilde Pfleger and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Vincent J. Aunchman v. S. Howard Leggett.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Chauncey P. McKnight v. Louise S. McKnight. — Motion dismissed, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

James H. Stryker v. James McClenahan.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Samuel B. Eckert v. Austro-American Steamship Company.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Robert Adamson, as Commissioner, etc., v. Richland Realty Company. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Edward Davis, Inc., v. Felix Adler and Others.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Moritz Walter and Others v. Anna K. Walter.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Joseph Sheave v. Lehigh Valley Coal Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.